```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                **CRIMINAL ACTION NO. 2:00-00001**

**WALTER J. SHEETS**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On October 5, 2016, the United States of America appeared by Lisa G. Johnston, Assistant United States Attorney, and the defendant, Walter J. Sheets, appeared in person and by his counsel, David R. Bungard, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by Senior United States Probation Officer Joseph Black.  The defendant commenced a five-month term of supervised release in this action on March 2, 2016, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on February 1, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant failed to abide by the special condition that he spend a period of five months in a community confinement center inasmuch as he entered the Dismas Charities program on March 4, 2016, and absconded from the program on June 20, 2016, by leaving and not returning; and (2) the defendant used and possessed methamphetamine as evidenced by his admission to the probation officer on August 31, 2016, that he had consumed methamphetamine daily in August 2016; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FIVE (5) MONTHS.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>: The court recommends that the defendant be designated to FCI Gilmer.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: October 14, 2016

John T. Copenhaver, Jr.
United States District Judge

3